| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff<br>United States of America |

SEALED FILED

NOV 0 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | 1:19 MJ 00213 SKO |
| v. | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| WILLIAM LEE MUHAMMAD | **UNDER SEAL** |
| Defendants. | |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, supporting affidavit, and the Court's order in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: November 7, 2019

_____
Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE

SEALING ORDER

1