

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

William Lee MUHAMMAD,

    Defendant.

CASE NO. 1:19-MJ-00 213-SKO

ORDER TO UNSEAL CRIMINAL COMPLAINT

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Criminal Complaint be unsealed and become public record.

DATED: November 8, 2019

HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE