McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00258-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE BAIL REVIEW HEARING |
| William MUHAMMAD, | DATE: September 2, 2020 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

This case is set for bail review on September 2, 2020.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to continue the bail review one day to September 3, 2020 to accommodate government counsel's schedule.

Dated: August 26, 2020                    McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ JEFFREY A. SPIVAK
                                          JEFFREY A. SPIVAK
                                          Assistant United States Attorney

Dated: August 26, 2020                    /s/ Marc Days
                                          Marc Days
                                          Counsel for Defendant
                                          William MUHAMMAD

1

## **ORDER**

IT IS SO ORDERED that the Bail Review hearing in this matter is continued from September 2, 2020 at 2:00 pm to **September 3, 2020 at 2:00 pm before Magistrate Judge Barbara A. McAuliffe.** Any opposition to the Motion for Bail Review should be filed on or before **September 1, 2020.** The noon cut off time to file the opposition is vacated.

IT IS SO ORDERED.

Dated:   **August 27, 2020**                    /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE